AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>John Kirk Costello<br><br>*Defendant(s)* | Case No.<br>21-MJ-2695-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____Suffolk_____ in the _____ District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | possession with intent to distribute and distribution of controlled substances |

This criminal complaint is based on these facts:

Please see the affidavit of HSI Special Agent Cormac Frost, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Cormac Frost, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/01/2021

*Judge's signature*

City and state: Boston, Massachusetts       Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*